IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., | ) ) ) |
| *Plaintiff*, | ) C.A. No.: 6:22-cv-00941 |
| v. | ) ) ) |
| ZIONS BANCORPORATION, N.A. | ) ) |
| *Defendant.* | ) ) ) ) |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given of the entry of the undersigned as counsel for Defendant Zions Bancorporation, N.A. in the above-entitled action.

Dated: October 3, 2022

Respectfully submitted,

/s/ *Anthony H. Son*

Anthony H. Son
SON IP GROUP
1629 K Street, N.W., Suite 300
Washington, D.C. 20006
Tel.: 202-507-0125
ason@sonipgroup.com

*Attorney for Defendant Zions Bancorporation, N.A.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on October 3, 2022.

                                                */s/ Anthony H. Son*
                                                Anthony H. Son