IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZIONS BANCORPORATION, N.A., <br><br> Defendant. | CIVIL ACTION NO. 6:22-cv-941-ADA <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Defendant Zions Bancorporation, N.A. ("Zions") and Plaintiff Textile Computer Systems, Inc. ("Textile") hereby submit this Joint Motion To Stay All Deadlines and Notice of Settlement and respectfully show the Court as follows:

(1) Zions and Textile have reached a settlement in principle resolving all matters in controversy between the parties in the above-referenced action and are in the process of drafting and finalizing the settlement papers.

(2) Accordingly, Zions and Textile submit that the Court's resources would best be served by a stay of all unreached deadlines for a period of thirty (30) days so that the announced settlement in principle may be completed and appropriate dismissal papers thereafter filed with the Court.

WHEREFORE, Zions and Textile request the Court grant this Joint Motion To Stay All Deadlines and Notice of Settlement and enter an Order granting a temporary stay of all upcoming deadlines for a period of thirty (30) days.

Dated: November 21, 2022                     Respectfully submitted,

/s/ *Matthew J. Antonelli*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000

*Attorneys for Textile Computer Systems, Inc.*


/s/ *Anthony H. Son*
Anthony H. Son
SON IP GROUP
1629 K Street, N.W., Suite 300
Washington, D.C. 20006
Tel.: 202-507-0125
ason@sonipgroup.com

*Attorneys for Defendant Zions Bancorporation, N.A.*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on November 21, 2022.

>  /s/Matthew J. Antonelli
>  Matthew J. Antonelli